## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS W. PRUETT,      )
            )
      Plaintiff,     )
            )
vs.            )     No. 08-348-DRH
            )
BNSF RAILWAY COMPANY,    )
a corporation,        )
            )
      Defendant.    )

### COMPLAINT AND JURY DEMAND

Comes now the Plaintiff, THOMAS W. PRUETT, by and through his attorneys, PRATT & TOBIN, P.C., and for his cause of action against the Defendant, BNSF RAILWAY COMPANY, a corporation, states as follows:

### JURISDICTION

1.    Plaintiff asserts jurisdiction pursuant to 45 United States Code, Section 51-60, the Federal Employers' Liability Act.

### ALLEGATIONS

2.    That at all times mentioned herein, the Defendant, BNSF RAILWAY COMPANY, was a common carrier by rail engaged in interstate business in the various states of the United States including the Southern District, State of Illinois.

3.    That at all times mentioned herein, the Plaintiff, THOMAS W. PRUETT, was employed by the Defendant, BNSF RAILWAY COMPANY, as a trackman/machine operator.

4.     That at all times mentioned herein, the Plaintiff, THOMAS W. PRUETT, was engaged in his duties as a trackman/machine operator on behalf of the Defendant, BNSF RAILWAY COMPANY, a common carrier by rail engaged in interstate commerce and by reason thereof, their mutual and respective rights and liabilities were governed by a certain Act of Congress known as the Federal Employers' Liability Act, 45 United States Code, Section 51-60.

5.     That on or about July 5, 2006, at or near Reno, Illinois, Plaintiff, THOMAS W. PRUETT, was injured while attempting to throw switches injuring his abdomen while working for the Defendant, BNSF RAILWAY COMPANY.

6.     That at said time and place, the Defendant, BNSF RAILWAY COMPANY, by and through its agents and employees, was guilty of one or more of the following negligent acts or omissions, to-wit:

   a.     Negligently and carelessly failed to provide a reasonably safe place to work; and/or

   b.     Negligently and carelessly failed to provide safe methods of work; and/or

   c.     Negligently and carelessly failed to provide sufficient manpower; and/or

   d.     Negligently and carelessly failed to provide safe tools and equipment; and/or

   e.     Negligently and carelessly assigned Plaintiff to the task.

7.     That as a result, in whole or in part, of one or more of the aforementioned negligent acts or omissions of the Defendant, BNSF RAILWAY COMPANY, the Plaintiff, THOMAS W PRUETT, sustained severe and permanent injuries to his shoulder and body, all of which have and will cause him to suffer great pain and mental anguish; that he has and will lose money and earnings

2

he would otherwise have been entitled to; that his earning capacity has been greatly diminished; and further, he has and will be obligated for sums of money as medical expenses and as a result of his injuries and all to his damage.

WHEREFORE, Plaintiff, THOMAS W. PRUETT, prays judgment against the Defendant, BNSF RAILWAY COMPANY, in a sum in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), and for costs of suit.

THOMAS W. PRUETT, Plaintiff

PRATT & TOBIN, P.C.

**PLAINTIFF DEMANDS
TRIAL BY JURY.**

By: s/Gregory M. Tobin
    GREGORY M. TOBIN - #06192096
    Route 111 at Airline Drive
    P. O. Box 179
    East Alton, IL 62024
    Telephone: (618) 259-8011
             (800) 851-5562
    Facsimile:  (618) 259-6793

    ATTORNEYS FOR PLAINTIFF